Appeal No. 19-1007

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| ELET VALENTINE,<br>　　　　　Appellant/Petitioner<br><br>v.<br><br>PNC FINANCIAL SERVICES GROUP,<br>INC., PNC BANK, NATIONAL<br>ASSOCIATION and PNC MORTGAGE<br>　　　Appellee/Respondent | OPPOSE - REQUEST FOR AN<br>EXTENTION OF TIME TO FILE A<br>SUPPLEMENT TO OPENING BRIEF |

**On Appeal from the United States District Court for the District of Colorado**
**The Honorable Christine M. Arguello**
**Case No. 18-cv-01934-CMA-SKC**

　　HERE COMES NOW, Elet Valentine, Pro Se, Appellant/Petitioner in the above named case, hereby submits Opposed - Request For An Extension of Time To File A Supplement To Opening Brief pursuant Fed. R. App. P. Rule 26(b).

　　Pursuant to Rule 27.1, of the Tenth Circuit Local Rules, I have conferred with opposing counsel, for Appellee/Respondent, Mr. Morr, in which he opposes. Mr. Morr states the following: *"PNC objects to this request because, while it may be proper under 28 U.S.C. § 1292(a)(1) to file an interlocutory appeal of the denial of an injunction, there are no grounds to file an interlocutory appeal of the procedural orders or the order on the motion to dismiss under Section 1292."* Mr. Morr when I asked Mr. Morr was he aware that the subject of

the Motion to Dismiss was one of the issues on appeal, Mr. Morr stated the following:

*"I am familiar with the record and your positions as to what issues are under appeal."*

## GROUNDS FOR MOTION

Appellant filed a timely Notice of Appeal on January 8, 2019, and an Amended Notice of Appeal on January 18, 2019. The US District Court has responded a year later to [Doc #40] Appellee's Motion to Dismiss and Appellant's [Doc #67] Second Amended Complaint filed and still pending since December 12, 2018, in [Doc#92] and [Doc #94]. The subjects of [Doc #40] and [Doc #67] are already the subject of the current appeal and appellate briefs. The U.S. District Court has filed these documents 7 months after the initial Notice of Appeal was initiated.

## CONCLUSION

Since Appellant time filed the initial Notice of Appeal and the Amended Notice of Appeal Fed. R. App. P. Rule 26(b) allows or an extension of time for *"For good cause, the court may extend the time prescribed by these rules or by its order to perform <u>any act</u>, or may permit <u>an act to be done after that time expires</u>."* It was not the fault of the Appellant the U.S. District Court delayed in addressing [Doc#40] and [Doc #67] which their subjects were already on appeal.

Wherefore, Appellant requests the motion "Opposed - Request For An Extension of Time To File A Supplement To Opening Brief" be GRANTED.

Respectfully Submitted,

Dated this **10** day of September 2019

Signature: _____
Elet Valentine, Pro Se
P.O. Box 390281
Denver, CO 80239
etvalentine@live.com
876-865-3048

## Certificate of Service

I certify that on (date) **September 10, 2019,** I filed this with **Opposed - Request For Extension of Time To A Supplement To Opening Brief** with The United States Court of Appeals For The Tenth Circuit. I sent a copy, along with any attachments, to the people listed below in accordance with (Rule 5(d)(1):

Sent by (Check One): [X] U.S. Mail; OR [ ] In-Person Hand Delivery [ ] Fax [ ] Email

Name of Party Served: Matthew A. Morr,
    Registration Number: 35913
    Firm: Ballard Spahr, LLP
    Address: 1225 17th Street, Ste 2300
    Denver, CO 80202
    Phone Number: 303-292-2400
    Fax Number: 303-296-3956
    E-Mail Address: morrm@ballardspahr.com
    **PNC FINANCIAL SERVICES GROUP, INC**

Original Filed:

    Bryon White United States Courthouse
    United States Court of Appeals
    1823 Stout Street
    Denver, CO 80257
    303-844-3157

Signature: _____
    Elet Valentine, Pro Se
    P.O. Box 390281
    Denver, CO 80239
    etvalentine@live.com
    876-865-3048

## Certificate of Service

I certify that on (date) **September 10, 2019,** I filed this with **Opposed -Request For Extension of Time To A Supplement To Opening Brief** with The United States Court of Appeals For The Tenth Circuit. I sent a copy, along with any attachments, to the people listed below in accordance with (Rule 5(d)(1):

Sent by (Check One): [X] U.S. Mail; OR [ ] In-Person Hand Delivery [ ] Fax [ ] Email

Name of Party Served: Matthew A. Morr,
　　　　　Registration Number: 35913
　　　　　Firm: Ballard Spahr, LLP
　　　　　Address: 1225 17th Street, Ste 2300
　　　　　Denver, CO 80202
　　　　　Phone Number: 303-292-2400
　　　　　Fax Number: 303-296-3956
　　　　　E-Mail Address: morrm@ballardspahr.com
　　　　　**PNC BANK NATIONAL ASSOCIATION (AKA PNC BANK, N.A.)**

Original Filed:

　　　　　Bryon White United States Courthouse
　　　　　United States Court of Appeals
　　　　　1823 Stout Street
　　　　　Denver, CO 80257
　　　　　303-844-3157

　　　　　　　　　　　　Signature: [signature]
　　　　　　　　　　　　Elet Valentine, Pro Se
　　　　　　　　　　　　P.O. Box 390281
　　　　　　　　　　　　Denver, CO 80239
　　　　　　　　　　　　etvalentine@live.com
　　　　　　　　　　　　876-865-3048

## Certificate of Service

I certify that on (date) **September 10, 2019,** I filed this **Opposed -Request For Extension of Time To A Supplement To Opening Brief** with The United States Court of Appeals For The Tenth Circuit.  I sent a copy, along with any attachments, to the people listed below in accordance with (Rule 5(d)(1):

Sent by (Check One): [X] U.S. Mail; OR [ ] In-Person Hand Delivery [ ] Fax [ ] Email

Name of Party Served: Matthew A. Morr,
    Registration Number:  35913
    Firm: Ballard Spahr, LLP
    Address: 1225 17th Street, Ste 2300
    Denver, CO 80202
    Phone Number: 303-292-2400
    Fax Number: 303-296-3956
    E-Mail Address: morrm@ballardspahr.com
    **PNC MORTGAGE**

Original Filed:

    Bryon White United States Courthouse
    United States Court of Appeals
    1823 Stout Street
    Denver, CO  80257
    303-844-3157

Signature: _____
    Elet Valentine, Pro Se
    P.O. Box 390281
    Denver, CO  80239
    etvalentine@live.com
    876-865-3048